O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC DESMOND HOOD, aka CEDRIC HOOD,<br><br>   Petitioner,<br><br>vs.<br><br>DEBRA DEXTER, Warden<br><br>   Respondent. | Case No. CV 07-5301-CAS(RC)<br><br>ORDER ADOPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Final Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a _de novo_ determination.

IT IS ORDERED that (1) the Final Report and Recommendation is approved and adopted; (2) the Final Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition for writ of habeas corpus and dismissing the action with prejudice.

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2 Order, the Magistrate Judge's Final Report and Recommendation and
3 Judgment by the United States mail on petitioner.

5 DATED:    April 21, 2009

                                    /s/ Christina A. Snyder
                              _____
                                    CHRISTINA A. SNYDER
                              UNITED STATES DISTRICT JUDGE

R&Rs\07-5301.ado2
4/16/09

2