JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC DESMOND HOOD, aka CEDRIC HOOD, <br><br> Petitioner, <br><br> vs. <br><br> DEBRA DEXTER, Warden <br><br> Respondent. | Case No. CV 07-5301-CAS(RC) <br><br><br> JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: <u>April 21, 2009</u>

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

R&R\07-5301.jud
3/20/09